STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHUA SENG JOO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No CR 14-302-JSW <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 19, 2015 AND [PROPOSED] ORDER |

The above-captioned matter was set on January 28, 2015 before this the Hon. Kandis A. Westmore for a STATUS hearing. The parties jointly request and stipulate that the Court continue the matter to February 19, 2015 at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

The parties request additional time to assess and discuss this matter, including Mr. Joo's housing situation. The Probation Office does not object to this request.

DATED: February 5, 2015              /s/
                                    WADE RHYNE
                                    Assistant United States Attorney

Stip. Req. To Continue Hearing Date

DATED: February 5, 2015          /s/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Chua Joo

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the STATUS date of January 28, 2015, scheduled at 9:30 a.m., before the Honorable Kandis A. Westmore, be vacated and reset for February 19, 2015, at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

This matter is a supervised release proceeding, so no time need be excluded under the Speedy Trial Act.

February  6 , 2015                                   _____
HON. KANDIS A. WESTMORE
United States Magistrate Judge