UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>CHUA SENG JOO,<br>　　　　Defendant. | Case No. 14-cr-00302-JSW-1<br><br>**ORDER TO SHOW CAUSE RE PROBATION CORRESPONDENCE** |

On May 3, 2017, Probation sent the Court a document, labeled "Confidential Memorandum," which provides information regarding the Defendant's performance on supervised release. At the end of this document, there is a checkbox labeled "Acknowledged" and another labeled "Other" followed by a signature block. Probation did not include a request to have this document filed under seal. Given the "Confidential Memorandum" label on the document, Court staff contacted Probation by e-mail and stated that if Probation intended to have the memorandum filed under seal, it would have to resubmit the memorandum with an appropriate request. Probation then telephoned the Court's chambers and stated that the memorandum was simply for the Court's information and was not intended to be filed.

The Court has provisionally filed the Confidential Memorandum under seal. By Thursday, May 11, 2017, at 5:00 pm, Probation is ORDERED TO SHOW CAUSE why the Confidential Memorandum should not be unsealed and served on counsel.

The Court further advises Probation as follows. If Probation intends to file status reports, or other documents simply for the Court's information, the document provided shall clearly state this fact. Further, such a document shall not request any action from the Court or contain a signature block. Any document from Probation that contains a signature block or otherwise

requests Court action shall be treated procedurally as a Form 12.

**IT IS SO ORDERED.**

Dated: May 4, 2017

_____
JEFFREY S. WHITE
United States District Judge

cc: Constance M. Cook, USPO; Sonia Lapizco, USPO